STATE of Missouri, Respondent,

v.

Hernandez C. CAMPBELL, Appellant.

No. WD 51497.

Missouri Court of Appeals,
Western District.

Dec. 17, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1997.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM:

Appeal from jury conviction of two counts of robbery in the first degree, § 569.020, RSMo, 1986, and sentence therefrom.

Affirmed. Rule 30.25(b).